UNITED STATES DISTRICT COURT　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
February 05, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| Sun Coast Resources, Inc., | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-17-3042 |
| Roy Conrad, | § § | |
| Defendant. | § | |

## Order Denying Reconsideration

The motion to reconsider by Sun Cost Resources, Inc, is denied. (20)

Signed February __5__, 2019, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge