UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SUN COAST RESOURCES, INC. | § § § | |
| v. | § § | CIVIL ACTION NO. 4:17-cv-03042 |
| ROY CONRAD, Individually and On Behalf of All Others Similarly Situated | § § | |

### SUN COAST RESOURCES, INC.'S AMENDED NOTICE OF APPEAL

Notice is hereby given that Sun Coast Resources, Inc., plaintiff in the above-named and numbered case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Court's Final Judgment of December 21, 2018 (Dkt. Entry 18); all adverse opinions and orders that merged into that judgment, including, but not limited to, the Opinion on Arbitration of December 21, 2018 (Dkt. Entry 17); and the Court's denial of its Motion for New Trial, Motion to Modify Judgment, and Motion to Reconsider Order Confirming Arbitration Award (Dkt. Entry 25).

Respectfully submitted,

FOLEY & LARDNER LLP

*/s/ Cristina Portela Solomon*
CRISTINA PORTELA SOLOMON
Texas Bar No. 16143400
csolomon@foley.com
JASON SHARP
Texas Bar No. 24039170
jsharp@foley.com
2000 Wells Fargo Plaza
1000 Louisiana Street
Houston, Texas 77002
Telephone: (713) 276-5500
Facsimile: (713) 276-5555

WRIGHT CLOSE & BARGER LLP

Jessica Z. Barger
State Bar No. 24032706
Raffi Melkonian
State Bar No. 24090587
Brian J. Cathey
State Bar No. 24080825
One Riverway, Suite 2200
Houston, Texas 77056
Tel. 713.572.4321
Fax 713.572.4320
barger@wrightclosebarger.com
melkonian@wrightclosebarger.com
cathey@wrightclosebarger.com


ATTORNEYS FOR SUN COAST
RESOURCES, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on this the 8th day of February, 2019, to:

ROBERT R. DEBES, JR.
Texas Bar No. 05626150
bdebes@eeoc.net
RICARDO J. PRIETO
Texas Bar No. 24062947
rprieto@eeoc.net
SHELLIST, LAZARZ, SLOBIN LLP
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile (713) 621-0993

ATTORNEYS FOR CLAIMANT &
CLASS MEMBERS

*/s/ Cristina Portela Solomon*
Cristina Portela Soloman